# United States Bankruptcy Court
## District of Colorado

**In re: John Varn Jr**
**Debtor**

Case No. 19-19296-KHT
Chapter 7

## NOTICE OF CHANGE OF ADDRESS

The above named debtor does hereby notify the Court that for purposes of mailing information, the following creditors shall be served at the following new address:

Name and address of person or business whose address is being changed: Debtor

New Address: 5010 Lindsey Dr, Broomfield, CO 80023

Dated: 11/25/2019

By:   "S/-Michael Anderson"
Michael Anderson
*Counsel to: John Varn Jr*
Attorney registration number #25920
705 S. Public Rd, Lafayette, CO 80026
720-242-8642
mike@rmlegal.org